**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Jose Luis Agredano<br>Alma Angelina Agredano | CASE NO.: LA10-52469-EC |
| | **NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: November 12, 2010<br>TIME: 9:00 am<br>PLACE: ERNST & YOUNG PLAZA<br>725 S. FIGUEROA ST. ROOM 103<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  10/29/10**

_signature_

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **JOSE LUIS AGREDANO**<br>**ALMA ANGELINA AGREDANO** | CHAPTER: 13<br>CASE NUMBER: **LA10-52469-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 10/29/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/29/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| | |
|---|---|
| In re: **JOSE LUIS AGREDANO**<br>     **ALMA ANGELINA AGREDANO** | CHAPTER: 13<br>CASE NUMBER: **LA10-52469-EC** |

## Service List

Alma Angelina Agredano
3308 Santa Ana St
South Gate, CA 90280

BANK OF AMERICA
PO BOX 301200
LOS ANGELES, CA 90030

Citibank South Dakota, N.A.
P.O BOX 7032
Sioux Falls, SD 57117-7032

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE 19886

Firstsource Advantage
205 Bryan Woods South
Amherst, NY 14228

Gap Visa
PO BOX 960017
Orlando, FL 32896

GE Money Bank/Mervyns
PO BOX 960013
Orlando, FL 32896

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901

HSBC
Payment Processing Center
PO Box 5253
Carol Stream, IL 60197

HSBC Bank Nevada, N.A.
PO BOX 60136
City Of Industry, CA 91716

HSBC BANK USA, N.A.
AS TRUSTEE FOR THE REGISTERED HOLDERS OF
NOMURA
OCWEN LOAN SERVICING, LLC, ATTN: CASHIERING
DEPT
P O BOX 24781
WEST PALM BEACH, FL 33416-4781

JC Penney
P.O. Box 960090
Orlando, FL 32896

Jose Luis Agredano
Alma Angelina Agredano
3308 Santa Ana St
South Gate, CA 90280

L BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

| | |
|---|---|
| Ocwen<br>PO Box 6440<br>Carol Stream, IL 60197 | Sam's Club<br>PO BOX 530942<br>Atlanta, GA 30353 |
| Sam's Club<br>PO BOX 960013<br>Orlando, FL 32896 | Target<br>P.O. Box 59317<br>Minneapolis, MN 55459 |
| TARGET NATIONAL BANK<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | THE HOME DEPOT<br>PO BOX 653000<br>DALLAS, TX 75265 |
| Trans Union Credit Bureau<br>Bankruptcy Notification<br>PO BOX 2000<br>Chester, PA 19022 | Union Plus Credit Card<br>PO Box 60102<br>City Of Industry, CA 91716 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1