Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
L. Bishop Austin
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010
(213) 388-4939 Fax: (213)388-2411
California State Bar Number: 175497

☒ Attorney for: Debtor

☐ Pro Se Debtor

FOR COURT USE ONLY

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

CHAPTER 13

CASE NUMBER 2:10-bk-52469-EC

In re

Jose Luis Agredano
Alma Angelina Agredano

**DECLARATION SETTING FORTH
POSTPETITION, PRECONFIRMATION
DEED OF TRUST PAYMENTS**

**LOCAL BANKRUPTCY
RULE 3015-1(m)**

Debtor(s).

I, ___Jose Luis Agredano_ & Alma Angelina Agredano *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on _10/04/2010_ .

2. I am the owner of real property[1] at the following street address:

    3306 Santa Ana St,

    South Gate CA 90280 _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of _Ocwen Loan Servicing_ .

    b. Second deed of trust in favor of _Ocwen_ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case 2:10-bk-52469-EC   Doc 18   Filed 11/19/10   Entered 11/19/10 13:18:51   Desc
*Declaration Setting* Main Document *confirma* Page 2 of 6 *Trust Payments*

**F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | CHAPTER 13 |
|---|---|
| Jose Luis Agredano<br>Alma Angelina Agredano | CASE NUMBER 2:10-bk-52469-EC |
| Debtor(s). | |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I

   have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| | $1,446.29 | 1-15th November 2010 | 10/28/2010 |
| Ocwen Loan Servicing | | | |
| Creditor | | | |
| | $464.00 | 1-15th November 2010 | 11/05/2010 |
| Ocwen | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the

   appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan

   number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

| In re | CHAPTER 13 |
|---|---|
| Jose Luis Agredano<br>Alma Angelina Agredano<br><div align="right">Debtor(s).</div> | CASE NUMBER 2:10-bk-52469-EC |

6.  Attached to this declaration are copies of the:

☐ cashier's checks,   ☒ money orders,   ☐ certified funds, or

☒ other proof of the Payments described in Paragraph 4 above.

7.  Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  November 19, 2010          Signature   /s/ Jose Luis Agredano
                                             Jose Luis Agredano
                                             Debtor

Date  November 19, 2010          Signature   /s/ Alma Angelina Agredano
                                             Alma Angelina Agredano
                                             Joint Debtor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939    Fax: (213)388-2411 Fax: Lbishopbk@yahoo.com<br>175497<br>☒ Attorney for, Debtor's | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Jose Luis Agredano<br>Alma A Agredano<br><br>                                                    Debtor(s). | CASE NO.:  2:10-bk-52469-EC<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

| ✓ | Petition, statement of affairs, schedules or lists | Date Filed: | ~~10/04/2010~~ 11/19/2010 |
| | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| | Other: | Date Filed: | |

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

| _J. Luis Agredano_ | ~~10/04/2010~~ 11/19/2010 |
|---|---|
| Signature of Signing Party | Date |
| Jose Luis Agredano | |
| Printed Name of Signing Party | |
| _Alma A Agredano_ | ~~10/04/2010~~ 11/19/2010 |
| Signature of Joint Debtor | Date |
| Alma A Agredano | |
| Printed Name of Joint Debtor | |

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that; (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

| | ~~10/04/2010~~ 11/19/2010 |
|---|---|
| Signature of Attorney for Signing Party | Date |
| L. Bishop Austin 175497 | |
| Printed Name of Attorney for Signing Party | |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

Loan Number: 6590277
Customer Name(s): Jose Agredano

WWW.OCWEN.COM

*Proof of Mortgage Pmst. NOV 2010 #First Deed of Trust*

| Check / Ref. Number | Date Payment Due | Date Payment Received | Description | Amount Applied / Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees / Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | | | | | | 356,865.75 | 2,325.50 | .00 |
| 7491246 | 10/01/2010 | 09/30/2010 | Payment | 1,446.26 | 558.48 | 686.04 | 200.76 | .00 | -195.12 | .00 | .00 | 356,865.73 | 2,326.80 | .00 |
| 7565841 | 11/01/2010 | 10/28/2010 | Payment | 1,446.29 | .00 | .00 | 200.76 | .00 | 0.00 | 0.00 | .00 | 356,865.73 | 2,617.65 | .00 |
| | | 10/28/2010 | Payment | .00 | 555.42 | 568.11 | .00 | .00 | 0.00 | 0.00 | .00 | 356,307.31 | 2,617.65 | .00 |
| | | | Ending Balance | | | | | | -855.55 | -8.48 | | 356,307.31 | 2,617.65 | .00 |

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

NOV 2010
Proof of Mortgage pmt
2nd Deed of Trust



**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | OCWEN | KEEP THIS RECEIPT FOR YOUR RECORDS |
| NOT NEGOTIABLE | Address | PO BOX 6440 | |
| | | CAROL STREAM IL 60197-6440 | |

| Serial Number | | Year, Month, Day | Post Office | Amount | Clerk |
| 18344726774 | | 2010-11-04 | 902550 | $464.00 | 0016 |

**UNITED STATES POSTAL SERVICE®**

**POSTAL MONEY ORDER**

| Serial Number | | Year, Month, Day | Post Office | U.S. Dollars and Cents |
| 18344726774 | | 2010-11-04 | 902550 | $464.00 |

Amount FOUR HUNDRED SIXTY FOUR DOLLARS & 00¢ ********

Pay to OCWEN

Address PO BOX 6440

CAROL STREAM IL 60197-6440

Memo

© 2008 United States Postal Service. All rights reserved.

:000000800 2: 18344726774

JOSE L AGREDANO
3308 SANTA ANA ST
SOUTH GATE CA 90280
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $0.44 | 0482 |
| Certified Fee | | $2.80 | 03 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $3.24 | $5.54 | 11/05/2010 |

Sent To OCWEN

Street, Apt. No.; or PO Box No. PO BOX 6440

City, State, ZIP+4 CAROL STREAM IL 60197-6440

PS Form 3800, August 2006         See Reverse for Instructions