January 11, 2011

Debtor: AGREDADO, Jose & ALMA
CH13  2:10-bk-52469-EC

To Whom It Might Concert

I Alma Agredano Declare that I have never work in this Country since I had my Social Security Number, Since I got married to my husband Jose Luis Agradano I have always been a Housewife dedicated to my house and kids my husband has been the only one working and paying for the House expenses.

*Alma Agredano*

Alma Agredano