L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Jose Luis Agredano<br>Alma Angelina Agredano<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-52469-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Jose Luis Agredado and Alma Angelina Agredano, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On November 23, 2010 I purchased and sent my Chapter 13 Plan Payment $300.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of December 2010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 14, 2011

                                      *J. Luis Agredano*
                                                                        Debtor

                                      *Alma A Agredano*
                                                                        Joint Debtor

**UNITED STATES POSTAL SERVICE ® — CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to: CHAPTER 13 TRUSTEE
Address: P.O. Box 691 MEMPHIS, TN 38101

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18404859701 | 2010-11-23 | 902552 | $300.00 | 0003 |

**UNITED STATES POSTAL SERVICE ® — POSTAL MONEY ORDER**

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 18404859701 | 2010-11-23 | 902552 | $300.00 |

Amount: THREE HUNDRED DOLLARS & 00¢ ****************

Pay to: CHAPTER 13 TRUSTEE
Address: P.O. Box 691 MEMPHIS, TN 38101-0691
Memo: RE: 10-52469-EC

From: JOSE L. ACREDIANO
Address: 3308 SANTA ANA ST. SOUTH GATE, CA 90280

Clerk: 0003

:000000800: 18404859701

*Trustee Payment December 2010*

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7010 1060 0001 4796 5694

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.24 |

Postmark Here — NOV 24 2010 — 11/24/2010

Sent To: CHAPTER 13 TRUSTEE
Street, Apt. No.; or PO Box No.: P.O. Box 691
City, State, ZIP+4: MEMPHIS, TN 38101-0691

PS Form 3800, August 2006    See Reverse for Instructions