| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-52469-EC |
|---|---|
| In re<br><br>Jose Luis Agredano<br>Alma Angelina Agredano<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Jose Luis Agredano & Alma Angelina Agredano *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/04/2010.

2. I am the owner of real property[1] at the following street address:

    3308 Santa Ana St,

    South Gate CA 90280                                                              (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Ocwen Loan Servicing.

    b. Second deed of trust in favor of Ocwen *(if applicable).*

    c. Third deed of trust in favor of ____ *(if applicable).*

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                   Best Case Bankruptcy

Case 2:10-bk-52469-EC   Doc 26   Filed 01/14/11   Entered 01/14/11 09:50:54   Desc
Main Document   Page 2 of 5

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments   F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Jose Luis Agredano<br>Alma Angelina Agredano<br><br>Debtor(s). | | CASE NUMBER 2:10-bk-52469-EC |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
|  | $1,446.29 | 1-15th November 2010 | 10/28/2010 |
| Ocwen Loan Servicing | $1,446.29 | 1-15th December 2010 | 12/09/2010 (By phone) |
|  |  |  |  |
| Creditor |  |  |  |
|  | $464.00 | 1-15th November 2010 | 11/05/2010 |
| Ocwen | $464.00 | 1-15th December 2010 | 11/26/2010 |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

*Declaration Setting Month Postpetition Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re<br>Jose Luis Agredano<br>Alma Angelina Agredano<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-52469-EC |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  January 14, 2011           Signature  *J. Luis Agredano*
                                            Jose Luis Agredano
                                            Debtor

Date  January 14, 2011           Signature  *Alma A Agredano*
                                            Alma Angelina Agredano
                                            Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy



**Ocwen Loan Servicing, LLC**
www.ocwen.com

OCWEN

2:10-bK-52469 EC

NC Permit No. 3946
**CUSTOMER RELATIONS 1-800-746-2936**
Your call may be recorded for the coaching
and development of our associates.

12/09/09 13:30   0010010 20101210 FL1KX103 OCWENSTM 1 OZ DOM FL1KX10000* 146951 MS

JOSE LUIS AGREDANO
3308 SANTA ANA STREET
SOUTH GATE CA  90280-2324



### Account Statement

| | |
|---|---|
| Account Number: | 0006590277 |
| Account Statement Date: | 12/09/2010 |
| Property Address: | |
| 3308 Santa Ana Street | |
| South Gate CA 90280 | |
| BKOTH | |

Page 1

### Special Notices

Disasters can be inevitable, but the financial burden they bring is not. First Protector pays your monthly mortgage if your home is unlivable after a disaster. Call 1-800-349-9456 weekdays 8am - 8pm EST for more information.

### Account Information

| | |
|---|---|
| *Current Principal Balance: | 357,746.96 |
| Post-Petition Interest Rate: | 2.00000% |
| Pre-Petition Interest Rate: | .00000% |
| Post-Petition Due Date: | 01/01/2011 |
| Contractual Due Date: | 01/01/2011 |
| Current Escrow Balance: | 1,239.33 |
| Interest Paid Year-To-Date: | 7,237.25 |
| Taxes Paid Year-To-Date: | 932.17 |
| Beginning Principal Balance: | 365,150.07 |
| Principal Reductions Year-To-Date: | 7,403.11 |
| Beginning Escrow Balance: | -252.73 |
| Escrow Deposits/Adjustments: | 2,694.10 |
| Escrow Disbursements/Adjustments: | -1,202.04 |
| Recently Assessed Amounts: | |
| 11/02/10 Proof of Claim: | 150.00 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---|
| Current Post-Petition Amount Due: | |
| Principal: | 561.29 |
| Interest: | 596.24 |
| Escrow: | 288.76 |
| Current Post-Petition Amount Due by | 1,446.29 |
| Post-Petition Amount Due: | 1,446.29 |
| Assessed Fees/Expense Outstanding: | |
| Info Only - Prev-Late Charge - Alt Payment Plan: | 6.48 |
| Info Only - Prev-Proof of Claim: | 150.00 |
| Total Fees/Expense Outstanding: | 156.48 |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/10 | Payment | .00 | .00 | 288.76 | .00 | .00 | .00 | .00 | 1,446.29 |
| 10/28/10 | Payment | 559.42 | 598.11 | .00 | .00 | .00 | .00 | .00 | .00 |
| 11/22/10 | Tax Disbursement | .00 | .00 | -1,667.09 | .00 | .00 | .00 | .00 | -1,667.09 |
| | LOS ANGELES COUNTY | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 12/09/10 | Payment | .00 | .00 | 288.76 | .00 | .00 | .00 | .00 | 1,446.29 |
| 12/09/10 | Payment | 560.35 | 597.18 | .00 | .00 | .00 | .00 | .00 | .00 |

### Important Messages

Tax season is right around the corner. Please visit Ocwen's website at www.ocwen.com to verify the social security number on file for your loan.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

DEC paymt. BY Phone on 12/09/10

FOLD AND DETACH HERE    PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.    FOLD AND DETACH HERE
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.



Mortgage Payment 2nd
Dec 2010

