| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-52469-EC |
|---|---|
| In re<br><br>Jose Luis Agredano<br>Alma Angelina Agredano<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Jose Luis Agredano & Alma Angelina Agredano *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/04/2010 .

2. I am the owner of real property[1] at the following street address:

   3308 Santa Ana St,

   South Gate CA 90280                                                                 (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Ocwen Loan Servicing   .

   b. Second deed of trust in favor of Ocwen   *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*   F 3015-1.4

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Jose Luis Agredano<br>Alma Angelina Agredano<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-52469-EC |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Ocwen Loan Servicing | $1,446.29 | 1-15th November 2010 | 10/28/2010 |
|  | $1,446.29 | 1-15th December 2010 | 12/09/2010 (By phone) |
|  | $1,446.29 | 1-15th January 2011 | 1/14//2011 |
| Creditor |  |  |  |
| Ocwen | $464.00 | 1-15th November 2010 | 11/05/2010 |
|  | $464.00 | 1-15th December 2010 | 11/26/2010 |
|  | $464.00 | 1-15th January 2011 | 12/28/2011 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Jose Luis Agredano<br>Alma Angelina Agredano<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-52469-EC |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  January 18, 2011         Signature  *J. Luis Agredano*
                                          Jose Luis Agredano
                                          Debtor

Date  January 18, 2011         Signature  *Alma A Agredano*
                                          Alma Angelina Agredano
                                          Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

OCWEN  WWW.OCWEN.COM

Loan Number: 6590277
Customer Name(s): Jose Agredano

| Check / Ref. Number | Date Payment Due | Date Payment Received | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | | | | | | 358,307.51 | 1,289.33 | .00 |
| 7874245 | | 12/09/2010 | Payment | 1,446.29 | .00 | .00 | 285.75 | .00 | 0.00 | 0.00 | .00 | 358,307.51 | 1,239.33 | .00 |
| | 12/01/2010 | 12/09/2010 | Payment | .00 | 560.36 | 887.15 | .00 | .00 | 0.00 | 0.00 | .00 | 357,746.90 | 1,239.33 | .00 |
| 7774462 | | 01/14/2011 | Payment | 1,446.29 | .00 | .00 | 285.75 | .00 | 0.00 | 0.00 | .00 | 357,746.96 | 1,569.56 | .00 |
| | 01/01/2011 | 01/14/2011 | Payment | .00 | 561.29 | 596.24 | .00 | .00 | 0.00 | 0.00 | .00 | 357,185.67 | 1,569.56 | .00 |
| | | | Ending Balance | | | | | | -856.58 | 160.00 | | 357,185.67 | 1,569.56 | .00 |

*handwritten:* 1/14/2011 → 1,446.29

*handwritten:* 1st Mortgage Payment January 2011

Page 2

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

JAN. PAYMT.

2ND



Mortgage Payment January 2011

