| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-52469- SK |
| In re<br><br>Jose Luis Agredano<br>Alma Angelina Agredano<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY<br>RULE 3015-1(m)** |

I, ___Jose Luis Agredano & Alma Angelina Agredano___ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on ___10/04/2010___ .

2. I am the owner of real property[1] at the following street address:

   ___3308 Santa Ana St,___

   ___South Gate CA 90280_____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of ___Ocwen Loan Servicing___ .

   b. Second deed of trust in favor of ___Ocwen___ *(if applicable)*. Motion to avoid Junior Lien filed ***

   c. Third deed of trust in favor of _____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                            **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                              Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments  F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Jose Luis Agredano<br>Alma Angelina Agredano<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-52469- SK |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Ocwen Loan Servicing | $1,446.29 | 1-15th November 2010 | 10/28/2010 |
|  | $1,446.29 | 1-15th December 2010 | 12/09/2010 (By phone) |
|  | $1,446.29 | 1-15th January 2011 | 1/14//2011 |
| Creditor | $1,446.29 | 1-15th February 2011 | 02/28/11 |
|  | $1,446.29 | 1-15th March 2011 | 03/11/11 |
| Ocwen | $464.00 | 1-15th November 2010 | 11/05/2010 |
|  | $464.00 | 1-15th December 2010 | 11/26/2010 |
|  | $464.00 | 1-15th January 2011 | 12/28/2011 |
| Creditor | $463.33 | 1-15th February 2011 | 02/10/2011 |
|  | $463.33 | 1-15th March 2011 | 03/08/2011 |
|  | $463.33 | 1-15th April 2011 | 04/04/2011 |
|  | *** See attached pages for more payments *** | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Chapter 13
2:10-bk-52469-SK
Jose Luis Agredano
Alma Angelina Agredano

|  | Payment Amount | Due Date | Date Mailes/Delivered |
|---|---|---|---|
| **1st Deed of Trust** | | | |
| **Ocwen Loan Servicing** | $ 1,446.29 | 7/1/11 - 7/15/11 | 7/8/2011 |
|  | $ 1,446.29 | 6/1/11 - 6/15/11 | 6/10/2011 |
|  | $ 1,446.29 | 5/1/11 - 5/15/11 | 5/12/2011 |
| **2ndDeed of Trust** | | | |
| **Ocwen Loan Servicing** | $ 463.33 | 7/1/11 - 7/15/11 | 7/8/2011 |
|  | $ 463.33 | 6/1/11 - 6/15/11 | 6/10/2011 |
|  | $ 463.33 | 5/1/11 - 5/15/11 | 5/6/2011 |

Case 2:10-bk-52469-SK    Doc 38    Filed 07/13/11    Entered 07/13/11 14:57:00    Desc
Main Document    Page 4 of 6

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Jose Luis Agredano<br>Alma Angelina Agredano | Debtor(s). | CASE NUMBER 2:10-bk-52469- SK |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☑ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  July 13, 2011            Signature  *Jose Luis Agredano*
                                           Jose Luis Agredano
                                           Debtor

Date  July 13, 2011            Signature  *Alma A Agredano*
                                           Alma Angelina Agredano
                                           Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com   Best Case Bankruptcy

Ocwen - Payments and Amounts Due - Payment History

**CH13 10-52469-SK**



7/11/11 10:16 AM

Log Out

**PROVIDED by OCWEN INTERNET ACCOUNT**

**1ST MORTGAGE**

Loan Number: 6690277
3308 Santa Ana Street
South Gate, CA 90280

## Payment History

Main Menu

Next due date:
**August 1, 2011**

Amount due:
**$1,471.29**

To view / print a Payment History select the date range and view option, then click the OK button

Period:    From 07/11/2010    To 07/11/2011
Date range selected should not be greater than 1 year at a time

View Option:    Select an option

You have:
**No New Messages**

[ Ok ]

**PMT DATE**

| Payment Due Date | Payment Received Date | Description | Amount Applied | |
|---|---|---|---|---|
| 07/01/2011 | 07/08/2011 | Payment | $0.00 | |
|  | 07/08/2011 | Payment | -$1,446.29 | JULY 2011 |
| 06/01/2011 | 06/10/2011 | Payment | $0.00 | |
|  | 06/10/2011 | Payment | -$1,446.29 | JUNE 2011 |
| 05/01/2011 | 05/12/2011 | Payment | $0.00 | |
|  | 05/12/2011 | Payment | -$1,446.29 | MAY 2011 |
| 04/01/2011 | 04/14/2011 | Payment | $0.00 | |
|  | 04/14/2011 | Payment | -$1,446.29 | APRIL 2011 |
| 03/01/2011 | 03/11/2011 | Payment | $0.00 | |
|  | 03/11/2011 | Payment | -$1,446.29 | MARCH 2011 |
| 02/01/2011 | 02/28/2011 | Payment | $0.00 | |
|  | 02/28/2011 | Payment | -$1,446.29 | FEB 2011 |

**CH13 10-52469-SK**

**PROVIDED by OCWEN INTERNET ACCOUNT**

**2ND MORTGAGE**

Ocwen - Payments and Amounts Due - Payment History

7/11/11 10:27 AM

Log Out



## Payment History

Main Menu

Next due date: **December 1, 2010**

Amount due: **$463.33**

You have: **No New Messages**

To view / print a Payment History select the data range and view option, then click the OK button

Period: From 07/11/2010 To 07/11/2011
Date range selected should not be greater than 1 year at a time

View Option: Select an option

[Ok]

### PMT. DATE

| Payment Due Date | Payment Received Date | Description | Amount Applied | |
|---|---|---|---|---|
| 11/01/2010 | 07/08/2011 | Payment | $0.00 | |
| | 07/08/2011 | Payment | $463.33 | July 2011 |
| 10/01/2010 | 06/10/2011 | Payment | $0.00 | |
| | 06/10/2011 | Payment | $463.33 | June 2011 |
| 09/01/2010 | 05/06/2011 | Payment | $0.00 | |
| | 05/06/2011 | Payment | $463.33 | May 2011 |
| | 05/06/2011 | Principal Payment | $0.67 | |
| 08/01/2010 | 04/04/2011 | Payment | $0.00 | |
| | 04/04/2011 | Principal Payment | $0.67 | |
| | 04/04/2011 | Payment | $463.33 | April 2011 |
| 07/01/2010 | 03/08/2011 | Payment | $0.00 | |
| | 03/08/2011 | Payment | $463.33 | March 2011 |
| | 03/08/2011 | Principal Payment | $0.67 | |
| 06/01/2010 | 02/10/2011 | Payment | $0.00 | |
| | 02/10/2011 | Payment | $463.33 | Feb 2011 |