1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Email: lbishopbk@yahoo.com
4  Attorney for Debtor(s)

5               UNITED STATES BANKRUPTCY COURT

6         CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

7
   In Re:                                  CHAPTER 13
8                                          CASE NO: 2:10-bk-52469-SK
   Jose Luis Agredano
9  Alma Angelina Agredano                  DECLARATION OF DEBTOR RE: CHAPTER 13
                                           TRUSTEE PAYMENTS [NO HEARING REQUIRED]
10              Debtor(s)

11

12
   I, Jose Luis Agredado and Alma Angelina Agredano, am the debtor in this case, and the statements made
13 herein are true and of my own knowledge and if called upon and sworn, I could and would testify
14 competently thereto.
   On the following dates I have purchased money order(s) for my chapter 13 plan payment:
15
   DATE           AMOUNT      COMMENT
16 June 23, 2011  $300.00     For month of July 2011
   May 26, 2011   $300.00     For month of June 2011
17 April 21, 2011 $300.00     For month of May 2011

18
   I sent the above payments to my Chapter 13 Trustee **KATHY A DOCKERY** to the following
19 address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the
   money order(s). This payment is for the month of December 2010
20
   I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct.

22 Dated: July 13, 20111         _J. Luis Agredano_____
                                          Debtor
23
                                _Alma H Agredano_____
24                                       Joint Debtor

25

26

27

28

                                            1

2011 July payment.

**USPS Customer's Receipt / Postal Money Order**

- Serial Number: 18808869330
- Date: 2011-06-23
- Post Office: 902012
- Amount: $300.00
- Pay to: CHAPTER 13 TRUSTEE, P.O. Box 691, MEMPHIS, TN 38101
- From: Jose L. Agredano, 3308 Santa Ana St., South Gate CA 90280
- Memo: RE: 10-52469-EC

2011 June Payment.

**CUSTOMER'S RECEIPT**

Pay to: CHAPTER 13 TRUSTEE
Address: P.O. Box 691 MEMPHIS, TN 38101

Serial Number: 18808864176

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
KEEP THIS RECEIPT FOR YOUR RECORDS

**POSTAL MONEY ORDER**

Year, Month, Day: 2011-05-26
Post Office: 902012
Amount: $300.00
THREE HUNDRED DOLLARS & 00¢

From: Jose L. Agredano
Address: 3308 Santa Ana St.
South Gate, CA 90280

Pay to: CHAPTER 13 TRUSTEE
Address: P.O. Box 691
MEMPHIS, TN 38101-0691
Memo: RE: 10-52469-SK

Serial Number: 18808864176

1:000000800 2:  18808864176

2011 MAY PAYMENT.

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE®

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: CHAPTER 13 TRUSTEE
Address: P.O. BOX 691 MEMPHIS, TN 38101

Year, Month, Day: 2011-04-21
Post Office: 902552
Amount: $300.00
Clerk: 0001

Serial Number: 18668421033

**POSTAL MONEY ORDER**

UNITED STATES POSTAL SERVICE

Year, Month, Day: 2011-04-21
Post Office: 902552
Amount: $300.00
Clerk: 0001

THREE HUNDRED DOLLARS & 00¢

From: Jose L. Agredano
Address: 3308 SANTA ANA ST.
SOUTH GATE, CA 90280

Serial Number: 18668421033

Pay to: CHAPTER 13 TRUSTEE
Address: P.O. Box 691
MEMPHIS, TN 38101-0691
Memo: RE: 10-52469-SK

18668421033⑊ ⑊000000800⑊